IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANNETTE MONTOYA,

    Plaintiff,

vs.                                                       Civ. No. 98-899 JP/WWD

LAS VEGAS CITY SCHOOLS,
LAS VEGAS, NEW MEXICO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendant Las Vegas City Schools' Motion for Expedited Briefing Schedule for Defendant's Amended Motion to Extend Discovery and for Costs and Fees. In this instance there is adequate time to deal with Defendant's Amended Motion to Extend Discovery and for Costs and Fees without resorting to expedited briefing. I note that Plaintiff and her counsel have been reluctant to submit to the discovery processes of Court. This matter will be dealt with in due course.

**WHEREFORE,**

**IT IS ORDERED** that Defendant Las Vegas City Schools, Motion for Expedited Briefing Schedule for Defendant's Motion to Extend Discovery and for Costs and Fees [Docket #38] be, and it is hereby, **DENIED.**

_____
UNITED STATES MAGISTRATE JUDGE